# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. **3:25-cr-1845-JES-1** |
| Plaintiff, | ORDER |
| V. | |
| JOSE MARIA MURILLO ESTRADA, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted, and this Court accepts Defendant's PLEA OF GUILTY to Counts One, Two, and Three of the Superseding Information.

Dated:   Apr. 23, 2026

Hon. James E. Simmons, Jr.
United States District Judge

3:25-cr-1845-JES-1